**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL WILDLIFE FEDERATION, *et al.*, :
       Plaintiffs, :
   v. : Civil Action No. 03-1392 (JR)
LES BROWNLEE, Acting Secretary, :
U.S. Department of the Army, :
       Defendant. :

**ORDER**

For the reasons given in the accompanying memorandum, it is hereby

**ORDERED** that plaintiffs' motion for summary judgment [45] is **granted** as to plaintiffs' ESA Section 7(a)(2) claim, **denied** as to plaintiffs' ESA Section 7(a)(1) claim, and **denied without prejudice** as to plaintiffs' other claims. And it is

**FURTHER ORDERED** that defendants' motions for summary judgment [49, 50] are **granted** as to plaintiffs' ESA Section 7(a)(1) claim, **denied** as to plaintiffs' ESA Section 7(a)(2) claim, and **denied without prejudice** as to plaintiffs' other claims. And it is

**FURTHER ORDERED** that the Clerk set a hearing for the purpose of considering what injunctive relief is appropriate, if any.

JAMES ROBERTSON  
United States District Judge